UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**FILED**
FEB 22 2008
Feb 22 200
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** GILBERTO FERNANDEZ-REYES

**County of Residence:**

**County of Residence:** COOK

**Plaintiff's Address:**

1) AUSA

2) Marny M. Zimmer
   United States Attorney's Office
   219 South Dearborn Street
   Chicago, IL 60604

**Defendant's Attorney:**

Gilberto Fernandez-Reyes
#92799-098
Metropolitan - MCC
71 West Van Buren Street
Chicago, IL 60605

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV 1100
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE KEYS

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** M. Burke

**Date:** 2/22/08

Der-Yeghiayan
Keys

07 cr 399