# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1100 | **DATE** | 3/24/2008 |
| **CASE TITLE** | USA vs. Gilberto Fernandez-Reyes (#92799-098) | | |

**DOCKET ENTRY TEXT**

Defendant's motion to vacate, set aside, or correct sentence by a person in federal custody [1] is entered and continued. The Government is given until 04/07/08 to respond to Defendant's motion to vacate, set aside, or correct sentence by a person in federal custody [1] and Defendant is given until 05/07/08 to file his reply. The Court will issue its ruling by mail.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|