# United States District Court
## Northern District of Illinois
### Eastern Division

USA

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 1100

Gilberto Fernandez-Reyes
(#92799-098)

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's order dated 04/08/08, Gilberto Fernandez-Reyes' motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence [1] is hereby dismissed.

Michael W. Dobbins, Clerk of Court

Date: 4/8/2008

    Michael Wing
/s/ Michael A. Wing, Deputy Clerk